David J. Lujan
LUJAN & WOLFF LLP
300 DNA Building
238 Archbishop Flores Street
Hagåtña, Guam 96910
Telephone   (671) 477-8064
Facsimile   (671) 477-5297
Email   djl@lawguam.com

*Counsel for Kenneth Rufus Crowe*




FILED
DISTRICT COURT OF GUAM
MAY 25 2018
JEANNE G. QUINATA
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> FUNDS IN THE AMOUNT OF $25,883.33 et al., <br><br> Defendants | Civil Action 18-00019 <br><br> ANSWER OF KENNETH RUFUS CROWE TO VERIFIED COMPLAINT FOR FORFEITURE *IN REM* |

    Kenneth Rufus Crowe ("Crowe"). having been served on May 4, 2018, notice of the government's filing of a civil complaint seeking forfeiture of certain assets identified in the Complaint and asserting that he is a person owning an interest in assets that the government seeks to forfeit, answers the Complaint as follows:

1. Crowe admits the first paragraph of ¶ 1, including subparagraphs A, B, C, and D, but denies each and every other allegation contained in ¶ 1.

2. Paragraph 2 states a legal conclusion that that must be determined by the Court and for the purposes of this answer, Crowe denies ¶ 2.


*ORIGINAL*

3. Paragraph 3 states a legal conclusion that that must be determined by the Court and for the purposes of this answer, Crowe denies ¶ 3.

4. Paragraph 4 states a legal conclusion that that must be determined by the Court and for the purposes of this answer, Crowe denies ¶ 4.

5. Crowe has no information or belief upon which to base an answer to ¶ 5 and therefore denies ¶ 5.

6. Crowe has no information or belief upon which to base an answer to ¶ 6 and therefore denies ¶ 6.

7. Crowe has no information or belief as to the conclusions that FBI Special Agent Peter Prozik may have reached and therefore denies ¶ 7, including each and every one of its subparagraphs.

8. Crowe has no information or belief upon which to base an answer to ¶ 8 and therefore denies ¶ 8.

9. Crowe has no information or belief upon which to base an answer to ¶ 9 and therefore denies ¶ 9.

10. Crowe has no information or belief upon which to base an answer to the allegations in ¶ 10 that are attributed to Doug Dymong, who is described as an FAA Inspector of the Special Emphasis Investigations Team, and therefore denies ¶ 10, including each and every one of its subparagraphs.

11. Crowe has no information or belief upon which to base an answer to the acts alleged in ¶ 11 and therefore denies ¶ 11, including each and every one of its subparagraphs.

2
Case 1:18-cv-00019   Document 8   Filed 05/25/18   Page 2 of 4

12. Crowe admits that portion of ¶ 12 that alleges that on October 26, 2016, law enforcement officers executed a search warrant at Hansen Helicopters, Inc., at its place of business in Harmon, Guam, and at subsidiary offices of Hansen Helicopters, Inc., but denies each and every other allegation contained ¶ 12, including the information set out in a table as a part of ¶ 12.

13. Crowe has no information or belief upon which to base an answer to the conclusions attributed to IRS-CI Special Agent Viranousith Khamvongsa in ¶ 13 and therefore Crowe denies ¶ 13.

14. Crowe has no information or belief upon which to base an answer to the allegations contained in ¶ 14 and therefore Crowe denies ¶ 14.

15. Crowe has no information or belief upon which to base an answer to the allegations contained in ¶ 15 and therefore Crowe denies ¶ 15.

16. Crowe has no information or belief upon which to base an answer to the allegations contained in ¶ 16 and therefore Crowe denies ¶ 16.

17. Crowe has no information or belief upon which to base an answer to the allegations contained in ¶ 17 and therefore Crowe denies ¶ 17.

18. Crowe has no information or belief upon which to base an answer to the allegations contained in ¶ 18 and therefore Crowe denies ¶ 18.

19. Crowe has no information or belief upon which to base an answer to the allegations contained in ¶ 19 and therefore Crowe denies ¶ 19.

20. Crowe incorporates by reference the answers he gave to ¶¶ 1 through 19.

21. Crowe denies ¶ 21.

22. To the extent that Crowe may not have specifically addressed one or more of the allegations set forth in the Complaint, Crowe denies every allegation that he has not specifically admitted.

## AFFIRMATIVE DEFENSENS

First, the Complaint fails to state a claim for which relief may be granted.

Second, the government and its agents lacked probable cause to execute the search warrant they employed against Crowe.

Third, the government exceeded the scope of its search warrant when it seized and searched personal property of Crowe.

Fourth, the government failed to employ or exhaust administrative remedies that were available to it.

## PRAYER

Crowe prays that the government take nothing by its action and that the government's complaint be dismissed with prejudice and for such other relief as the Court deems warranted.

Dated May 25, 2018

_____/s/_____
David J. Lujan,
*Counsel for Kenneth Rufus Crowe*