IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br>FUNDS IN THE AMOUNT OF $25,883.33 FROM BANK OF HAWAII ACCOUNT ENDING IN 5448 IN THE NAME OF HANSEN HELICOPTERS, INC.;<br><br>FUNDS IN THE AMOUNT OF $649,208.25 FROM BANK OF HAWAII ACCOUNT ENDING IN 91345448 IN THE NAME OF CALEDONIAN AGENCY, INC.;<br><br>FUNDS IN THE AMOUNT OF $1,043,262.16 FROM COMMUNITY BANK AND TRUST ACCOUNT ENDING IN 4056 IN THE NAME OF WALKER AGRICOLLA LLC; and<br><br>FUNDS IN THE AMOUNT OF $2,924,544.16 FROM NATIONAL FINANCIAL SERVICES, LLC ACCOUNT ENDING IN 6330 IN THE NAME OF JOHN D. WALKER;<br><br>        Defendants. | CIVIL CASE NO. 18-00019<br><br>**ORDER**<br>Denying as Moot Crowe's Motion to Defer Decision (ECF No. 15) |

Pending before the court is a Motion [Requesting] that Court Reserve Decision on Government Motion to Stay Until All Parties May Express their Position on Government Motion, filed by purported claimant Kenneth Rufus Crowe.[1]  *See* ECF No. 15.  Said motion asked the court

---

[1] For simplicity, the motion shall hereinafter be referred to as the "Crowe Motion to Defer Decision."

to defer its decision on the United States' Motion to Stay for a "reasonable time" in order to afford Mr. Crowe and other interested parties the time necessary to "put their position on [the] record as to the proposed stay." *Id.*

The court notes that the United States' Motion to Stay was filed on June 5, 2018. *See* ECF No. 12. The Crowe Motion to Defer Decision was filed on June 18, 2018, and Mr. Crowe subsequently filed his Opposition to the United States' motion on July 26, 2018. *See* ECF Nos. 15 and 17.

The court further notes that on June 8, 2018, John D. Walker filed a Verified Claim and subsequently filed an Answer on June 21, 2018. *See* ECF Nos. 14 and 16. Several months have passed since the filing of the claim, and no other claimant or interested party has filed an opposition to the Motion to Stay or joined in Mr. Crowe's opposition to said motion.

On March 27, 2018, the court granted the United States' Motion to Stay. *See* Order, ECF No. 20. In light of said decision, the court denies the Crowe Motion to Defer Decision as moot.

IT IS SO ORDERED.



**/s/ Joaquin V.E. Manibusan, Jr.**
      **U.S. Magistrate Judge**
**Dated: Mar 28, 2019**